# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAROLD MEJIA,**
        **Plaintiff,**

**v.**                                                     **Case No:   6:15-cv-225-Orl-22KRS**

**BLUE BELL LANDSCAPING, INC. and**
**CHRISTINE BLACK,**
        **Defendants.**

## ORDER

This cause is before the Court on the parties' Renewed Joint Motion To Review And Approve The Parties' Proposed Settlement And Thereafter Enter Dismissal With Prejudice (Doc. No. 28) filed on August 17, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be **GRANTED**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 24, 2015 (Doc. No. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion To Review And Approve The Parties' Proposed Settlement And Thereafter Enter Dismissal With Prejudice is hereby **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties